# Exhibit 2

Method Claim: 1

| US9390424 | Chick-fil-A App ("The accused instrumentality") |
|---|---|
| 1. A computer-implemented method for improving efficiency of delivering products and/or services to a customer at a restaurant, shopping, travel, or entertainment venue, comprising: | The accused instrumentality practices a computer-implemented method for improving efficiency (e.g., a mobile ordering such as curbside, drive thru, etc.) of delivering products (e.g., food, beverages, etc.) and/or services to a customer (e.g., a user of the accused instrumentality) at a restaurant (e.g., a selected Chick-fil-A restaurant location, etc.), shopping, travel, or entertainment venue.<br><br>As shown below, the accused instrumentality is a digital platform that allows users to order items and pick-up at a scheduled date and time at the selected restaurant.<br><br><br><br>Order ahead on the app and receive points from qualifying purchases. Then, use those points to redeem available rewards.<br><br>Download the app today.<br><br>https://www.chick-fil-a.com/app-download |



**App Store** Preview

**Chick-fil-A** [4+]
Order ahead. Redeem rewards.
Chick-fil-A, Inc.

#24 in Food & Drink
★★★★★ 4.9 • 3.7M Ratings

Free

https://apps.apple.com/us/app/chick-fil-a/id488818252

**App Store** Preview

FEATURES

1. Find restaurants - Find Chick-fil-A® restaurants near you while searching from home or out and about.

2. Order Ahead – Place your order through your phone and pay, choose your preferred pick-up method, and let us know when you arrive.

https://apps.apple.com/us/app/chick-fil-a/id488818252



https://apps.apple.com/us/app/chick-fil-a/id488818252

# How do I place an order on the Chick-fil-A App to do curbside pick-up?

At most Chick-fil-A restaurants, including many mall locations, you can pick up your meals using our curbside option.

Choose your desired location, click "mobile order" and select "curbside" (if that option is available at your selected location). After entering your order, preferred payment method, and arriving at the restaurant, follow signs for curbside parking and click "I'm here." Your food will be delivered to the car. Please check online or on the Chick-fil-A App for your local restaurant's current service offerings.

https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-place-an-order-on-the-chick-fil-a-app-to-do-curbside-pick-up



https://www.youtube.com/watch?v=lY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, a selected Chick-fil-A restaurant provides users to order items through curbside pickup, drive thru, etc.



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, the user pre-orders the selected items for curbside pickup at a Chick-fil-A restaurant.



https://www.youtube.com/watch?v=IY54sRv7jEk





https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://cfasanclemente.com/curbside-pickup/

# When I place a mobile order, how do I know when my order is ready to be picked up?

If you've placed your curbside or carryout order ahead using the Chick-fil-A® App and location services are enabled, the app will be able to tell when you're close to the Restaurant so we can start preparing your order. Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time. The Chick-fil-A App also shows an estimate for how long orders will take if it's placed for curbside, carryout or dine-in, and the estimate is calculated using a variety of factors like order complexity and size. Our goal is to ensure that your meal is prepared on your schedule and served as quickly as possible, even when the kitchen is busy. If you are not automatically checked in upon arriving at the Restaurant, please check in manually through the Chick-fil-A App. For more information, check out this story about this feature.

https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-know-when-my-order-is-ready

One of these new features is a useful trick for customers who order a curbside or carryout order through the Chick-fil-A app. If location services are enabled on the app, the app will be able to tell when a customer who ordered ahead is close to the restaurant so workers know when to start preparing an order.

"Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time," Chick-fil-A said in an announcement this week.

In addition to getting customers their food faster, preparing their meals once they're close to the restaurant ensures that their food will still be hot and fresh when they pick it up.

https://www.eatthis.com/chick-fil-a-launching-new-app-features-to-decrease-wait-times/



https://www.eatthis.com/chick-fil-a-launching-new-app-features-to-decrease-wait-times/

| a computer receiving from the customer, prior to arrival at said venue, a reservation | The accused instrumentality practices a computer (e.g., a server of the accused instrumentality) receiving from the customer (e.g., a user of the accused instrumentality), prior to arrival at said venue (e.g., a selected Chick-fil-A restaurant location, etc.), a reservation (e.g., a curbside, drive thru, etc. pickup reservation) including a preorder of the products (e.g., a scheduling order of items such as food, beverages, etc.) and/or services the customer (e.g., a user of the accused instrumentality) wishes to receive upon arrival (e.g., arrived at the |

| | |
|---|---|
| including a preorder of the products and/or services the customer wishes to receive upon arrival at the restaurant, shopping, travel, or entertainment venue; | restaurant location) at the restaurant (e.g., a selected Chick-fil-A restaurant location, etc.), shopping, travel, or entertainment venue.<br><br>As shown below, the accused instrumentality is a digital platform that allows users to order items and pick-up at a scheduled date and time at the selected restaurant. The server of the accused instrumentality receives the pre-order for drive thru pickup or curbside pickup, from the customer. It includes preordered products.<br><br>**How do I place an order on the Chick–fil–A App to do curbside pick-up?**<br><br>At most Chick–fil–A restaurants, including many mall locations, you can pick up your meals using our curbside option.<br><br>Choose your desired location, click "mobile order" and select "curbside" (if that option is available at your selected location). After entering your order, preferred payment method, and arriving at the restaurant, follow signs for curbside parking and click "I'm here." Your food will be delivered to the car. Please check online or on the Chick–fil–A App for your local restaurant's current service offerings.<br><br>https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-place-an-order-on-the-chick-fil-a-app-to-do-curbside-pick-up |



https://www.youtube.com/watch?v=IY54sRv7jEk



<https://www.youtube.com/watch?v=IY54sRv7jEk>

As shown below, a selected Chick-fil-A restaurant provides users to order items through curbside pickup, drive thru, etc.



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, the user pre-orders the selected items for curbside pickup at a Chick-fil-A restaurant.



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk

**Mobile orders prepared ahead and timed just right**

If you've placed your curbside or carryout order ahead using the Chick-fil-A App and location services are enabled, the app will be able to tell when you're close to the restaurant so we can start preparing your order. Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time.

Not only that, but the app will also show an estimate of how long your order will take if it's placed for carryout, curbside, or dine-in. And get this: even though it's an estimate, it's pretty accurate. Wait times are predicted based on a variety of factors like order complexity and size, and proprietary restaurant analytics.

Both features are rolling out at restaurants chainwide through early summer. To experience them at a restaurant near you when it becomes available, simply enable location services for the Chick-fil-A App on your mobile device.

https://www.chick-fil-a.com/press-room/2023/10/a-new-way-were-preparing-your-mobile-order

| further comprising a customer payment account for the preorder of products and/or | The accused instrumentality practices further comprising a customer payment account (e.g., a digital account, etc.) for the preorder of products (e.g., scheduling order of items such as food, beverages, etc.) and/or services prior to receiving delivery (e.g., prior to collecting pick-up order) of products (e.g., food, beverages, etc.) and/or services.<br><br>As shown below, the accused instrumentality is a digital platform that allows users to order |

| services prior to receiving delivery of products and/or services; | items and pick-up at a scheduled date and time for the selected restaurant. Further, it allows users to save various payments options to pay for the orders. Thus, when the user checks-out the ordered items, the accused instrumentality provides the user to select a desired payment method and is charged for the pre-order before the delivery of the items.<br><br><br><br>https://www.youtube.com/watch?v=lY54sRv7jEk |



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, a selected Chick-fil-A restaurant provides users to order items through curbside pickup, drive thru, etc.



https://www.youtube.com/watch?v=lY54sRv7jEk

As shown below, the user pre-orders the selected items for curbside pickup at a Chick-fil-A restaurant.



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, when the user taps on checkout, the accused instrumentality provides various saved payment methods to pay for the order.



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk

| the computer validating the reservation upon receipt of an indication that the customer has approved of said preorder at or before arrival at the selected restaurant, shopping, travel, | The accused instrumentality practices the computer (e.g., a server of the accused instrumentality) validating the reservation upon receipt of an indication (e.g., notification indicating that the user has arrived) that the customer (e.g., a user of the accused instrumentality) has approved of said preorder at (e.g., arrived to the selected restaurant location) or before arrival (e.g., preorder of food items, etc.) at the selected restaurant (e.g., a selected Chick-fil-A restaurant location, etc.), shopping, travel, or entertainment venue and entering the customer (e.g., a user of the accused instrumentality) in a preparation queue (e.g., preparation of order) of a vendor management system (e.g., a management system of the accused instrumentality). As shown below, the accused instrumentality is a digital platform that allows users to order items and pick-up at a scheduled date and time at the selected restaurant. The customer |

| | |
|---|---|
| or entertainment venue and entering the customer in a preparation queue of a vendor management system; | processes prepayment of the order before arrival. Once the accused instrumentality confirms the pickup order, it enters the order into a preparation queue. It includes a geofencing feature such that it prepares the order based on the customer's proximity to the restaurant location, estimated arrival time, order complexity & size, etc.<br><br>**How do I place an order on the Chick-fil-A App to do curbside pick-up?**<br><br>At most Chick-fil-A restaurants, including many mall locations, you can pick up your meals using our curbside option.<br><br>Choose your desired location, click "mobile order" and select "curbside" (if that option is available at your selected location). After entering your order, preferred payment method, and arriving at the restaurant, follow signs for curbside parking and click "I'm here." Your food will be delivered to the car. Please check online or on the Chick-fil-A App for your local restaurant's current service offerings.<br><br>https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-place-an-order-on-the-chick-fil-a-app-to-do-curbside-pick-up |



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, a selected Chick-fil-A restaurant provides users to order items through curbside pickup, drive thru, etc.



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, the user pre-orders the selected items for curbside pickup at a Chick-fil-A restaurant.



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, after order confirmation, a customer manually checks in at the restaurant by entering curbside pickup space number.



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://cfasanclemente.com/curbside-pickup/

As shown below, the accused instrumentality provides a geofencing feature. It analyses the customer's real time location and an estimated time of arrival at the selected restaurant. It prepares the food accordingly such that the food can be served fresh to the customer. If the customer takes 20 mins to reach the selected restaurant and food preparation takes 5 mins to prepare the food, the accused instrumentality will not prepare the food instantly and waits till the customer is proximate (e.g., wait time is less than or equal to prepare time) to the restaurant, to server food fresh.



https://cfasanclemente.com/curbside-pickup/

## When I place a mobile order, how do I know when my order is ready to be picked up?

If you've placed your curbside or carryout order ahead using the Chick-fil-A® App and location services are enabled, the app will be able to tell when you're close to the Restaurant so we can start preparing your order. Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time. The Chick-fil-A App also shows an estimate for how long orders will take if it's placed for curbside, carryout or dine-in, and the estimate is calculated using a variety of factors like order complexity and size. Our goal is to ensure that your meal is prepared on your schedule and served as quickly as possible, even when the kitchen is busy. If you are not automatically checked in upon arriving at the Restaurant, please check in manually through the Chick-fil-A App. For more information, check out this story about this feature.

https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-know-when-my-order-is-ready

One of these new features is a useful trick for customers who order a curbside or carryout order through the Chick-fil-A app. If location services are enabled on the app, the app will be able to tell when a customer who ordered ahead is close to the restaurant so workers know when to start preparing an order.

"Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time," Chick-fil-A said in an announcement this week.

In addition to getting customers their food faster, preparing their meals once they're close to the restaurant ensures that their food will still be hot and fresh when they pick it up.

https://www.eatthis.com/chick-fil-a-launching-new-app-features-to-decrease-wait-times/



https://www.eatthis.com/chick-fil-a-launching-new-app-features-to-decrease-wait-times/

**Mobile orders prepared ahead and timed just right**

If you've placed your curbside or carryout order ahead using the Chick-fil-A App and location services are enabled, the app will be able to tell when you're close to the restaurant so we can start preparing your order. Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time.

Not only that, but the app will also show an estimate of how long your order will take if it's placed for carryout, curbside, or dine-in. And get this: even though it's an estimate, it's pretty accurate. Wait times are predicted based on a variety of factors like order complexity and size, and proprietary restaurant analytics.

Both features are rolling out at restaurants chainwide through early summer. To experience them at a restaurant near you when it becomes available, simply enable location services for the Chick-fil-A App on your mobile device.

https://www.chick-fil-a.com/press-room/2023/10/a-new-way-were-preparing-your-mobile-order

## Information

**Seller**
Chick-fil-A, Inc.

**Size**
196.2 MB

**Compatibility**
**iPhone**
Requires iOS 16.0 or later.

**Languages**
English

**Apple Vision**
Requires visionOS 1.0 or later.

**Location**
This app may use your location even when it isn't open, which can decrease battery life.

**Copyright**
© 2016-2024 CFA Properties, Inc.

https://apps.apple.com/us/app/chick-fil-a/id488818252

**(b) Use location-enabled devices like a mobile phone to access the location-based services**

If you utilize any of the location-based services such as "Find a Restaurant" on our Online Services or from location-enabled devices like your mobile phone or tablet, with your consent where required, we may collect, use, store, and disclose location data, including the real-time geographic location of your device (e.g., when you permit our access to GPS location on your device). We use the location data to provide Services such as mobile order fulfillment, and to improve location-based services, to enhance your experience and our operations, and for marketing and promotions. We may disclose your location data to third-party service providers who help us provide the Services such as identifying nearby restaurants, surfacing available market offers, and estimating mobile order pickup or delivery timing. You may limit access to your location data by adjusting the permissions in your device. If you grant us permission, we may collect location information when the app is running in the foreground or background.

https://www.chick-fil-a.com/legal/privacy/chick-fil-a-privacy-policy

| | |
|---|---|
| the vendor management system determining when a wait time for the customer in the queue is less than or equal to a preparation time for preparing the preorder of products and/or services and forwarding the preorder of products and/or services of the validated reservation to a preparation queue vendor management system, and/or other vendor system for preparation at or before the time the customer is available to | The accused instrumentality practices the vendor management system (e.g., a management system of the accused instrumentality, etc.) determining when a wait time (e.g., estimated arrival time, check-in time, etc.) for the customer (e.g., a user of the accused instrumentality, etc.) in the queue (e.g., a preparation queue) is less than or equal to a preparation time for preparing the preorder of products (e.g., scheduling order of items such as food, beverages, etc.) and/or services and forwarding the preorder of products (e.g., scheduling order of items such as food, beverages, etc.) and/or services of the validated reservation (e.g., validated based on location update) to a preparation queue vendor management system (e.g., a management system of the accused instrumentality, etc.), and/or other vendor system (e.g., a management system of the accused instrumentality, etc.) for preparation at (e.g., preparation of items when customer is arrived nearby the selected restaurant) or before the time the customer (e.g., a user of the accused instrumentality) is available to receive delivery of products (e.g., curbside pick-up delivery of ordered items) and/or services.<br><br>The accused instrumentality is a digital platform that allows users to order items and pick-up at a scheduled date and time at the selected restaurant. After order confirmation, when a customer manually checks in at the restaurant by entering curbside pickup space number and ETA (wait time) is 3-5 mins that may be equal to the preparation time, an alert is sent to the restaurant team member to begin preparing the order and thus the system (e.g., a preparation queue vendor management system) forwards the ordered items to the kitchen for preparation. Also, the accused instrumentality includes integrated location based pickup feature that allows restaurant team members to prepare the order based on customer's proximity to the restaurant location and estimated arrival time. Further, the preparation of the order will be started based on the order complexity and size. |

| | |
|---|---|
| receive delivery of products and/or services; and | ## How do I place an order on the Chick-fil-A App to do curbside pick-up?<br><br>At most Chick-fil-A restaurants, including many mall locations, you can pick up your meals using our curbside option.<br><br>Choose your desired location, click "mobile order" and select "curbside" (if that option is available at your selected location). After entering your order, preferred payment method, and arriving at the restaurant, follow signs for curbside parking and click "I'm here." Your food will be delivered to the car. Please check online or on the Chick-fil-A App for your local restaurant's current service offerings.<br><br>https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-place-an-order-on-the-chick-fil-a-app-to-do-curbside-pick-up<br><br>  Order Now<br><br>**Testing how to improve your wait time**<br><br>Over the past year, Chick-fil-A successfully tested geofencing technology and estimated wait times at 100 restaurants across the country, working closely with franchise Operators and Team Members to see if the technology improved restaurant operations. On average, customers reduced their wait time between one and two minutes and estimated wait times were accurate more than 90% of the time. |

https://www.chick-fil-a.com/press-room/2023/10/a-new-way-were-preparing-your-mobile-order



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, a selected Chick-fil-A restaurant provides users to order items through curbside pickup, drive thru, etc.



https://www.youtube.com/watch?v=IY54sRv7jEk

As shown below, the user pre-orders the selected items for curbside pickup at a Chick-fil-A restaurant.



https://www.youtube.com/watch?v=IY54sRv7jEk



https://www.youtube.com/watch?v=IY54sRv7jEk



https://cfasanclemente.com/curbside-pickup/

As shown below, the accused instrumentality provides a geofencing feature. It analyses the customer's real time location and an estimated time of arrival at the selected restaurant. It prepares the food accordingly such that the food can be served fresh to the customer. If the customer takes 20 mins to reach the selected restaurant and food preparation takes 5 mins to prepare the food, the accused instrumentality will not prepare the food instantly and waits till the customer is proximate (e.g., wait time is less than or equal to prepare time) to the restaurant, to server food fresh.



https://cfasanclemente.com/curbside-pickup/

# When I place a mobile order, how do I know when my order is ready to be picked up?

If you've placed your curbside or carryout order ahead using the Chick-fil-A® App and location services are enabled, the app will be able to tell when you're close to the Restaurant so we can start preparing your order. Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time. The Chick-fil-A App also shows an estimate for how long orders will take if it's placed for curbside, carryout or dine-in, and the estimate is calculated using a variety of factors like order complexity and size. Our goal is to ensure that your meal is prepared on your schedule and served as quickly as possible, even when the kitchen is busy. If you are not automatically checked in upon arriving at the Restaurant, please check in manually through the Chick-fil-A App. For more information, check out this story about this feature.

https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-know-when-my-order-is-ready

One of these new features is a useful trick for customers who order a curbside or carryout order through the Chick-fil-A app. If location services are enabled on the app, the app will be able to tell when a customer who ordered ahead is close to the restaurant so workers know when to start preparing an order.

"Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time," Chick-fil-A said in an announcement this week.

In addition to getting customers their food faster, preparing their meals once they're close to the restaurant ensures that their food will still be hot and fresh when they pick it up.

https://www.eatthis.com/chick-fil-a-launching-new-app-features-to-decrease-wait-times/



https://www.eatthis.com/chick-fil-a-launching-new-app-features-to-decrease-wait-times/

**Mobile orders prepared ahead and timed just right**

If you've placed your curbside or carryout order ahead using the Chick-fil-A App and location services are enabled, the app will be able to tell when you're close to the restaurant so we can start preparing your order. Also known as geofencing, this technology allows the kitchen extra time to prepare your meal and reduces your wait time.

Not only that, but the app will also show an estimate of how long your order will take if it's placed for carryout, curbside, or dine-in. And get this: even though it's an estimate, it's pretty accurate. Wait times are predicted based on a variety of factors like order complexity and size, and proprietary restaurant analytics.

Both features are rolling out at restaurants chainwide through early summer. To experience them at a restaurant near you when it becomes available, simply enable location services for the Chick-fil-A App on your mobile device.

https://www.chick-fil-a.com/press-room/2023/10/a-new-way-were-preparing-your-mobile-order

## Information

| | |
|---|---|
| **Seller** Chick-fil-A, Inc. | **Size** 196.2 MB |
| **Compatibility** **iPhone** Requires iOS 16.0 or later. | **Languages** English |
| **Apple Vision** Requires visionOS 1.0 or later. | |
| **Location** This app may use your location even when it isn't open, which can decrease battery life. | **Copyright** © 2016-2024 CFA Properties, Inc. |

https://apps.apple.com/us/app/chick-fil-a/id488818252

**(b) Use location-enabled devices like a mobile phone to access the location-based services**

If you utilize any of the location-based services such as "Find a Restaurant" on our Online Services or from location-enabled devices like your mobile phone or tablet, with your consent where required, we may collect, use, store, and disclose location data, including the real-time geographic location of your device (e.g., when you permit our access to GPS location on your device). We use the location data to provide Services such as mobile order fulfillment, and to improve location-based services, to enhance your experience and our operations, and for marketing and promotions. We may disclose your location data to third-party service providers who help us provide the Services such as identifying nearby restaurants, surfacing available market offers, and estimating mobile order pickup or delivery timing. You may limit access to your location data by adjusting the permissions in your device. If you grant us permission, we may collect location information when the app is running in the foreground or background.

https://www.chick-fil-a.com/legal/privacy/chick-fil-a-privacy-policy

| | |
|---|---|
| storing in a database a record of the customer's purchases in a customer profile. | The accused instrumentality practices storing in a database (e.g., a database of the accused instrumentality) a record of the customer's purchases (e.g., past purchases of a user) in a customer profile (e.g., a user account of the accused instrumentality).<br><br>As shown below, the accused instrumentality saves past orders and purchases in the 'Transaction History' section. This allows users to quickly access, and reorder previously purchased items.<br><br><br><br>**Can I see my transaction history for my account?**<br><br>Yes, you can access up to **one year of order history** by viewing your transaction history online or in the Chick-fil-A® App.<br><br>To view your transaction history:<br><br>• **Online:** Sign into your Chick-fil-A One® profile and select "view transaction history".<br>• **In the Chick-fil-A App:** Tap the "For You" icon, then go to Account > Transactions > Transaction History.<br><br>https://www.chick-fil-a.com/customer-support/chick-fil-a-one-membership-program/creating-and-managing-your-account/can-i-see-my-transaction-history-for-my-account |



https://www.youtube.com/watch?v=KpamDFSBgZU

We have collected the following categories of California Personal Information within the last 12 months from the sources listed below:

(d) **Commercial information,** including products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. This category of information is collected from you, your devices, other CFA Group entities, Franchised Operators and Licensees or other third parties such as our business partners.

https://www.chick-fil-a.com/legal/privacy/chick-fil-a-privacy-policy




Order Now

In a nutshell, the following are examples of information we collect with these automated technologies:

(c) **Order or purchase our products or services**

We also collect information, through our business partners, relating to your purchases from us and our Franchised Operators and Licensees to process your transactions and to perform research and marketing analytics, such as the authorization code of the transaction, payment method, the date and time of the transaction, items purchased, the purchase price, and other order or purchase related information.

https://www.chick-fil-a.com/legal/privacy/chick-fil-a-privacy-policy